Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

# UNITED STATES DISTRICT COURT

for the

District of

Division

-FILED-

DEC 27 2023

Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

JEROME JERRY SCOTT

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

–v–

BENTLEY GOLD COAST CHICAGO

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ___2:23CV455___
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JEROME JERRY SCOTT |
| Street Address | 4126 FILLMORE STREET |
| City and County | GARY  LAKE COUNTY |
| State and Zip Code | INDIANA, 46408 |
| Telephone Number | 219-433-3010 |
| E-mail Address | SCOTTBOYG353@GMAIL.COM |

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | BENTELY GOLD COAST CHICAGO |
| Job or Title *(if known)* | DEALERSHIP OWNER |
| Street Address | 834 NORTH RUSH STREET |
| City and County | CHICAGO COOK COUNTY |
| State and Zip Code | ILLINIOS 60611 |
| Telephone Number | 312-280-4848 |
| E-mail Address *(if known)* | rich@bentleygoldcoast.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*      JEROME JERRY SCOTT_____, is a citizen of the

State of *(name)*      INDIANA_____ .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name )* _____ , and

has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the

State of *(name)* _____ . Or is a citizen of *(foreign nation)*

_____

2    If the defendant is a corporation

The defendant, *(name)*      BENTLEY GOLD COAST CHICAGO    , is incorporated under

the laws of the State of *(name)*      ILLINOIS      , and has its principal

place of business in the State of *(name)*      ILLINOIS .

Or is incorporated under the laws of *(foreign nation)*      UNITEDSTATES ,

and has its principal place of business in *(name)*      CHICAGO, ILLINOIS .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.**   **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

VALUED AMOUNT OF PROPERTY IS $ 617,850.00 AND ANY COURT COST, FINES AND FEES THAT THE COURTS WOULD GENERALLY APPLY.

**III.**   **Statement of Claim**

**A.**   Describe the property that you own that is the subject of this complaint, including its value.

```
2024 ROLLS-ROYCE PHANTOM
STOCK:     R1101
BODY:      SEDAN
MILEAGE:   30
ENGINE:    6.8L TWIN TURBO V12 563HP 664FT. LBS.
TRANS:     8-SPEED SHIFTABLE AUTOMATIC
EXT:       ARCTIC WHITE
INT:       BLACK
VIN:       SCATT6C08RU221295
PRICE AMOUNT: $617,850.00
```

**B.**   How and when did you come to own the property?

First I browse the website looking for new inventory no we're available as listed so I then proceeded to call the owner talk orally over a recording line he stated that he had to brand new vehicles and inventory I asked him to send me over the information and price he did so after I got the price I proceeded on November 17th 2023 to send over a notice of redemption and a notice of purchase money security interest with a UCC -1 filing attached with security agreement to secure pledged collateral in inventory for property being stored or held for personal use in a commercial transaction which UCC governs evidence will support of a fax be sent and accepted by the dealership.

**C.**   How and when did the defendant(s) obtain possession of the property? Describe with particularity the actions the defendant(s) took to convert the property.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

The dealership is a corporation for profit which it makes it interest off of purchase sales of dealership only gained possession of inventory property from a claim of an import only for the benefit for one coming to finance using its credit for dealership to make an interest. but does not apply to for private of making purchase for personal use  dealership possess property only for storage purposes or for profit.

D.       *(If the defendant(s) rightfully came into possession of the property):*  Describe how and when you notified the defendant(s) that the property belonged to you.  Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s).  Attach a copy of any written correspondence with the defendant(s), if such copies exist.

After November 17, 2023 I contacted the dealership over the phone I talked to the owner and noted to him that I had sent over documents for inventory property vehicle Defendants stated to me that he had to go over documents and he had he would have somebody get back in contact with that never happened so I continue to call and I talk with the owner he stated that I was the owner of vehicle and that I could come and pick it up he just had to find out which vehicle it was that I had purchase I told him which one it was I proceeded to conversations back and forth eventually I went to the dealership personally and then I was told by owner that he would have his salesperson or some representative at the dealership come out and speak with me at this point I waited a salesperson came out I presented my paperwork which I already have faxed over previously and he stated that he would pass it along to a financial advisor and go over everything at this point in time that sells person and the financial advisor comes back to finish this to me I'm also a company with a business partner of mines and as we sit and wait they said State separately salesperson and financial advisor that I'm the owner and they had in realized that a person could finance their self without going through a bank they were amazed and surprised at my knowledge and technique and skill I stated to the financial advisor wise the vehicle not being released he stated that the owner would not accept that as payment and I stated back well I'm the lien holder the vehicles already financially paid for so he can't deny me the right to repossess the vehicle then I knew and understood that he had discretion to give me the vehicle and for the dealership choose to or not I knew they had 21 business days to reserve the vehicle until they either release the vehicle voluntarily to the point of or I just went to register for the title or proceeding with my current action of getting the court order which I proceeded to do because Indiana law requires for me to get a court order if it's an out-of-state title and I am the current lien holder of that property it requires for me to get a court order which I am now taking the current steps and doing

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am currently the first and only senior priority lien holder of the inventory collateral property the Lost states that I am entitled to property over all other creditors or lien holders it's none other listed on the property accept me the plaintiff I'm entitled to claims for amount of property and I have all documents attached here into to support such of these findings order of release of property or the amount that it is valued at $617,850.00 Plaintiff has had exclusive, complete, actual, open, notorious, hostile, and continuous, possession of property adverse to defendants plaintiff has paid all taxes to Levied or assessed against property and all assessments currently defendants had lied when spoke with orally over telephone told me to come and pick vehicle up and then when I got to the dealership refused to release the vehicle to me I have evidence to support these claims attached to motion. Defendants are wasting property further, the adverse claims of defendant tend to depreciate greatly the value of property.

Unless defendants are enjoined from asserting their adverse claims property defendants will continue to assert their adverse claims resulting in irreparable harm, damage, and injury to plaintiff. Plaintiff has no adequate remedy at law.

Also let the record reflect that I did go to Illinois license branch and I was only not able to receive affidavit of repossession and the certificate title because I was not an Illinois resident and that's the only reason that plaintiff initial filed for a motion order to release property Indiana law requirement is since it's a out-of-state title I have to get a court order for its title release, also stated by a Indiana Branch representative that agreed with plaintiff that if the property was in Indiana then they would have released the title to plaintiff if the dealer ship didn't not release property within 21 business days I'm allowed by law to apply for title and certificate of repossession. Property being listed out of state is the direct cause of claim subject matter action herein is what led up to the plaintiff required to go through a court order because they don't have jurisdictional authorization to execute the transfer property.

Also when I made my visit till the dealership I was verbally told by the salesperson the financial advisor and a few more times on the phone and in person that I was legally the owner of the vehicle but the owner did not want to release the vehicle to me because he's had a reserved time of 21 days to defense of property or 21 to release of property release it or plaintiff/lienholder is required to just go and for the application for title.

Wherefore plaintiff requests judgement against defendants and of them, known or unknown, as following:

Defendant be required to set forth, the right nature and virtue of there claim to property and that all adverse claims to defendants be determined by decree of this court.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          12-26-23

Signature of Plaintiff

Printed Name of Plaintiff          JEROME JERRY SCOTT

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Allodial Title Via Land Patent

Assignee's Update of Patent (use to bring patent current)

RECORDING REQUESTED BY )

AND WHEN RECORDED MAIL TO )

)

)

)

)

RECORDER'S USE

# DECLARATION OF ASSIGNEES UPDATE OF PATENT

PATENT NUMBER **5 4 9 4**

KNOW ALL MEN BY THESE PRESENTS:
THAT **JEROME JERRY SCOTT**

AND **WITNESSED** DO SEVERALLY CERTIFY AND DECLARE THAT

**I** (WE/I) BRING UP THIS LAND PATENT IN **MY** (OUR/MY) NAME(S).

(1) THE CHARACTER OF SAID PROPERTY SO SOUGHT TO BE PATENTED, AND LEGALLY DESCRIBED AND REFERENCED UNDER PATENT NUMBER LISTED ABOVE IS: **ID# 2024 ROLLS-ROYCE**
**PHANTOM**
**STOCK: R1101**
**BODY: SEDAN**
**MILEAGE: 30**
**ENGINE: 6.8L TWIN TURBO V12 563 HP 664 FT. LBS.**
**EXT: ARCTIC WHITE**
**INT: BLACK** TRANS: **8-SPEED SHIFTABLE AUTOMATIC**
(LEGAL DESCRIPTION)
**VIN: SCATTGCO8RU22295**

(2) NOTICE OF PRE-EMPTIVE RIGHT. PURSUANT TO THE DECLARATION OF INDEPENDENCE [1776], THE TREATY OF PEACE WITH GREAT BRITAIN (8 STAT. 80) KNOWN AS THE TREATY OF PARIS [1793, AN ACT OF CONGRESS [3 STAT. 566, APRIL 24,1824], THE OREGON TREATY [9 STAT. 869 , JUNE 15, 1846], THE HOMESTEAD ACT [12 STAT. 392,1862] AND 43 USC SECTIONS 57, 59, AND 83; THE RECIPIENT HEREOF IS MANDATED BY ART. VI SECTIONS 1, 2, AND 3; ART. IV SECTIONS I CL. 1, & 2; SECTION 2 CL. 1 &t 2 ; SECTION 4; THE 4TH, 7TH, 9TH, AND 1OTH AMENDMENTS [U.S. CONSTITUTION, 1781-91J TO ACKNOWLEDGE ASSIGNEE'S UPDATE OF PATENT PROSECUTED BY AUTHORITY OF ART. III SECTION 2 CL. 1 &2 AND ENFORCED BY ORIGINAL/EXCLUSIVE JURISDICTION THEREUNDER AND IT IS THE ONLY WAY A PERFECT TITLE CAN BE HAD IN OUR NAMES, WILCOX vs. JACKSON, 13 PET. (U.S.) 498, 101. ED. 264; ALL QUESTIONS OF FACT DECIDED BY THE GENERAL LAND OFFICE ARE BINDING EVERYWHERE. AND INJUNCTIONS AND MANDAMUS PROCEEDINGS WILL NOT LIE AGAINST IT, LITCHFIELD vs. THE REGISTER, 9 WALL. (U.S.) 575, 19 L. ED. 681. THIS DOCUMENT IS INSTRUCTED TO BE ATTACHED TO ALL DEEDS AND/OR CONVEYANCES IN THE NAMES) OF THE ABOVE PARTY(IES)

40

above, and all future claims by others against this land shall be forever waived!

If a lawfully qualified Sovereign American individual has a Lawful claim to said title and is challenged, the court must be a court of competent and jurisdiction is the Common Law Supreme Court, or any other court of competent jurisdiction (Article III). Any action against a patent by a corporate state or their Respective statutory, Legislative units (i.e. courts) would be an action at law which is outside the venue and jurisdiction of these Article III Courts. There is no law issue contained herein which may be heard in any of the State or federal courts (Article 1/111), nor can any Court of Equity/ Admiralty I Military set aside, annul, or change a Land Patent. (See; Corpus Juris Secundum, volume 73(8); Topic of Public Lands, section on Land Patents.) Quote, "Nothing In the patent can be changed by either party, nothing can be added nor can anything be deducted once the patent Is issued".

Therefore, said Land Patent remains unencumbered, free and clear, and without liens or lawful attachment of any kind, and is hereby declared to be private land and private property, not subject to any commercial forums (e.g. UCC. Etc.) what so ever.

At Common Law, if after Sixty (60) days is stipulated for any challenges hereto and no lawful challenge is presented or otherwise latches or estoppel shall forever bar the same against said Fee Hold Patent (Allodial) land so described herein; assessment lien theory to the contrary, notwithstanding. Therefore, said Certificate of Acceptance of said Declaration of Land Patent, if after Sixty (60) days from date of posting, if no challenges are brought forth and upheld, perfects this Patent (Allodial) Title in the name/ names so listed above forever.

JURISDICTION

tV.

THE RECIPIENT HERETO IS MANDATED by Article IV Sec. 3 Clause 2, the 9th and 10th Amendments with reference to the 7th Amendment, enforced under Article 111 , Sec. 3, Clause 1, Article 1 Sec. 10, Clause 1 of the Constitution for the united states of America.

PERJURY JURAT

Pursuant to Title 28 USC Sec. 1746 (1) and executed "without the United States" we, (JEROME JERRY SCOTT© ) affirm under penalty of perjury under the laws of the united states of America that the foregoing is true and correct to the best of my belief and informed knowledge. And further deponent saith not. I now affix our autographs of the above affirmations with EXPLICIT RESERVATION OF ALL OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights pursuant to UCC 1-308 and UCC 1-103.6

Dated as NOVEMBER 27,2023

Respectfully, by: _Jerome Jerry Scott_
                    JEROME JERRY SCOTT

Witness by:_____

Witness by:_____

Sworn, subscribed, sealed and affirmed to this _20th_ day of NOVEMBER 2023 RECORDING SECRETARY AND INTERNATIONAL NOTARY

WITNESS BY: _Carmeleta J. Cook_

MY COMMISSION

EXPIRES: _9/26/2024_

Carmeleta J Cook
NOTARY PUBLIC
Lake County, State of Indiana
Commission Number: 691307
My Commission Expires September 26, 2024

NOTARY PUBLIC
SEAL
INDIANA

 Gmail

Scott Boy <scottboyg353@gmail.com>

## Allodial title
1 message

**Scott Boy** <scottboyg353@gmail.com>                                     Sat, Nov 25, 2023 at 2:48 PM
To: Scott Boy <scottboyg353@gmail.com>

THE UNITED STATES OF AMERICA IN THE REPUBLIC STATE OF ILLINOIS

JEROME JERRY SCOTT©
4126 FILLMORE STREET
GARY INDIANA 46408
NON- DOMESTIC

                    NOTICE OF,
CERTIFICATE OF ACCEPTANCE OF DECLARATION OF LAND PATENT.

u.s. A LAND WARRANT PATENT NUMBER .5494 dated September 10th 1858 (SEE ATTACHED) known to all and
WOMEN BY THESE PRESENTS.

I JEROME JERRY SCOTT© hereby certify and declare that we are "Assignees" at
law in the LAND PATENT named and numbered above; that we have brought forward said Land
Patent Forever Benefit (See HOOPER v. SCHEIMER, 64 U.S. 23 How 235), in our name as it
pertains to the land described below. The character of said land so claimed by the patent, and
legally described and referenced under the Land Patent # 5494 Listed herein are;
The East half of the North West quarter, and the North half of the North East quarter of section twenty eight,
in Township thirty three, North of Range twenty six, West, in the District of lands subject to sale at Stillwater,
Minnesota, containi'19 one hu,n,dred ~nd sixty acres.
I, (JEROME JERRY SCOTT ©), are Assignees at Law PRO SE and bona fide subsequent - ""
assignees by contract, of certain legally described portion of LAND PATENT under this original,
certified LAND WARRANT PATENT #5494, Dated September 10th, 1858, which is duly authorized
to be executed in pursuance of the supremacy of treaty haw, citation and Constitutional Mandate,
herein referenced, whereupon a· duly aulhenticated true an'cl correct lawful description, together with
all hereditament, Tenements, pre-emptive rights appurtenant thereto, the lawful and valuable
consideration which is appended hereto, and made a part of this, NOTICE OF CERTIFICATE OF ' I I ACCEPTANCE OF
DECLARATION OF LAND PATENT. (SEE ATTACHED)
No claim is made herein that we have been assigned the entire tract of land as described in the
original patent. Our assignment of land is inclusive of only the land described herein,
A. That part of the East Half (E-½) of the North West Quarter NW1/4 of Section
Twenty-Eight (28) in Township Thirty-Three (33) North, of Range Twenty-six (26) West,
described as follows;
AND
B. Commencing at the North East (NE) Corner of the North West Quarter (NW1/4) of
Section 28 Township 33 North, of Range 26 West, go South a distance of 1072 feet,
more or less, thenc~ go Westerly a distance of 15 feet, more or less, to a point marked
by a brown stake in ground marking a ½ inch Iron pipe monument located 6" deep on (known as the south-west(SW)
corner), this GO north- easterly a distance of 82 FT more or less to The Point OF Beginning at the southeast(SE) corner).

The filing of this NOTICE OF CERTIFICATE OF ACCEPTANCE OF SAID DECLARATION OF LAND
PATENT shall not deny or infringe on any right/s, privilege, or immunity of any other Heir or Assigns
as to any other portion of land covered in the above-described Warrant Patent #5494. (SEE
ATTACHED)
If this duly certified LAND PATENT is not challenged by a lawfully qualified party having a Lawful
claim, Lawful lien, Lawful debt, or other Lawful interest in said land having filed a claim in a court of
competent jurisdiction at law within sixty (60) days from the date of this posting of this NOTICE,
then the above described land shall remain a Allodial Freehold title of the Heir or Assignee.
We, (JEROME JERRY SCOTT© ) claim said Allodial Patent, this Land Patent shall be
considered henceforth perfected in our names as Assignees. We, (JEROME JERRY SCOTT©)

 Gmail                                                 **Scott Boy <scottboyg353@gmail.com>**

---

## Allodial title

---

**Scott Boy** <scottboyg353@gmail.com>                                    Sat, Nov 25, 2023 at 1:45 PM
To: Scott Boy <scottboyg353@gmail.com>

LAND PATENT ALLONGE
JEROME JERRY SCOTT ©

I, the living man, JEROME JERRY SCOTT©, as lawful Persons and as
Landlords, without recourse, being of age, of sound mind and in good health, free of all duress or
improper consideration, hereby claim the underlying United States Patent associated with that part of my
land and soil on Illinois, formerly DESCRIBED PROPERTY: AS , ID# 2024 ROLLS-ROYCE PHANTOM
STOCK: R1101
BODY:      SEDAN
MILEAGE: 30
ENGINE: 6.8L TWIN TURBO V12 563HP 664FT. LBS.
TRANS: 8-SPEED SHIFTABLE AUTOMATIC
EXT:       ARCTIC WHITE
INT:       BLACK
VIN:        SCATT6C08RU221295

, and any and all other similar third party designations, and shall be known as  and properly described by its metes
and bounds, and made part of and
incorporated into this Public Record as follows;
That part of the East Half (E-1 /2) of the North West Quarter NW1 /4 of Section Twenty-Eight (28) in
Township Thirty-Three (33) North, of Range Twenty-Six (26) West, described as follows;
Commencing at the North East (NE) Corner of the North West Quarter (NW1/4) of Section 28
Township 33 North, of Range 26 West, go South a distance of 1072 feet, more or less, thence go
Westerly a distance of 15 feet, more or less, to a point marked by a brown stake in the ground
marking a ½ inch iron pipe monument located 6" deep on the West corner of Tipton Street NW
and Upland Street NW, and the Point of Beginning (POB). Thence go North-Westerly a distance
of 116 feet more or less, to a point marked by a brown stake in the ground marking a ½ inch iron
pipe monument located 6" deep (at the North East (NE) Corner), Thence go Westerly a distance
of 185 feet more or less, to a point marked by a brown stake in ground marking a ½ inch iron pipe
monument located 6" deep (at the North West (NW) Corner), Thence go South-Easterly a
distance of 202 feet more or less, to a point marked by a brown stake in ground marking a ½ inch
iron pipe monument located 6" deep (known as the South-West (SW) Corner), thence go
North-Easterly a distance of 82 feet more or less, to the Po)nt of Beginning (at the South-East
(SE) Corner).



Acknowledged and accepted this 27th day of NOVEMBER 2023.

By: _Jerome Platt_
JEROME JERRY SCOTT© OWNERSHIP                    WITHOUT RECOURSE
STATE OF _Indiana_
COUNTY OF _Lake_

Sworn to (or affirmed) and subscribed before me _Jerome Jerry Scott_
this _28_ day of _Nov_, 20_23_ by _Jerome Jerry Scott_
_Carmeleta J. Cook   Carmeleta J. Cook_
Notary Public's Signature       Notary Name
Personally Known _____ OR
Type of Identification Produced _Indiana ID_

                                                    Carmeleta J Cook
                                                    NOTARY PUBLIC
                                                    Lake County, State of Indiana
                                                    Commission Number: 691307
                                                    My Commission Expires September 26, 2024

NOTARY PUBLIC
SEAL
INDIANA

 Gmail

## (no subject)

1 message

Scott Boy <scottboyg353@gmail.com>    Sat, Nov 25, 2023 at 2:57 PM
To: Scott Boy <scottboyg353@gmail.com>

This notice is to inform any person who has lawful claim/standing to view this file and/or who wishes to

review the complete file o~ record may do so by requesting an appointment with,

JEROME JERRY SCOTT

4126 FILLMORE STREET

GARY, INDIANA 46408

Phone No. (219)433-3010

NOTICE#1

I, JEROME JERRY SCOTT will set the time, date and place for the review of my documents,

no exceptions.

NOTICE#2

This notice is to inform any person who has lawful claim/standing to view this file and/or who wishes to

review the complete file on record may do so by requesting an appointment with,

JEROME JERRY SCOTT

4126 FILLMORE STREET

GARY, INDIANA 46408

Phone No. (219)433-3010

NOTICE#3

I, JEROME JERRY SCOTT have included my summary of chain of title regarding our land

patents.

NOTICE#4

This land patent document file has a total of  20  pages.

NOTICE;

Failure of any lawful party claiming an interest to bring forward a lawful challenge to this Certificate of Acceptance of.Declaration of Land Patent and the benefit of Original Land Grant/Patent Forever Benefit, as stipulated herein, will be leached and estoppel to any and all parties claiming an interest forever.

Failure to make a lawful claim, as indicated herein, within sixty (60) calendar days of this notice, will forever bar any claimant from any claim against my/our Allodial Land Patent estate as described herein and will be Final Judgement.

## Summary Chain of Title

| | | | |
|---|---|---|---|
| United States of America | to | Joseph Wilson | March 16, 1881 |
| Joseph & Mary Wilson | to | Hezekiah Nead | August 29, 1856 |
| Hezekiah & Eliza Nead | to | Gould Trustee<br>(Orin B Gould for John Gould) | August 14, 1865 |
| Gould Trustee<br>(Orin B Gould for John Gould) | to | Isabella Wilson (Gould)<br>John & Edith Gould | November 13, 1880 |
| Dolson & Mary Searle | to | Isabella Wilson (Gould)<br>John & Edith Gould | March 13, 1883 |
| Robert & Isabella (Gould) Wilson<br>John & Ella Gould & Edith Gould | to | F.L. Houlton | April 16, 1886 |
| Freddie & W.H. Houlton<br>- Undivided 1/2 interest in | to | Willard Babcock | July 12, 1886 |
| Willard & Serepta Babcock<br>- Undivided 1/2 interest in | to | Sam Houlton | February 23, 1899 |
| Freddy & W.H. Houlton<br>- Undivided 1/2 interest in | to | Sam Houlton | December 19, 1903 |
| Sam Houlton | to | W.H. Houlton | December 19, 1903 |
| William Houlton | to | The Houlton Investment Company | May 12, 1913 |
| Houlton Investment Company | to | Wallace & Grayce Scott | November 4, 1958 |
| Wallace & Grayce Scott | to | William & Minnie Brady | April 29, 1972 |
| William & Minnie Brady | to | Windsor Development LLP | April 8, 1996 |
| Windsor Development LLP | to | Scott Breuer Construction | July 10, 1997 |
| Scott Breuer Construction | to | Richard & Ann Quinn | September 30, 1997 |
| Richard & Ann Quinn | to | Daniel & Deborah Burke | September 30, 1998 |
| Daniel Burke | to | Kevin Lewison | May 1, 2000 |

| Kevin & Jacqueline Lewison | to | Joshua & Heather Hoium | July 30, 2008 |
| Joshua & Heather Hoium | to | William & Angela McConville | May 28, 2014 |
| William & Angela McConville | to | Greg & Monica Nathe | July 31, 2020 |

*Copied Mar 13, 1901.*

# THE UNITED STATES OF AMERICA,

## To all to whom these Presents shall come, Greeting:

**WHEREAS,** In pursuance of the Act of Congress, approved March 3, 1855, entitled an "An Act in addition to certain Acts granting Bounty Land to certain Officers and Soldiers who have been engaged in the military service of the United States", there has been deposited in the GENERAL LAND OFFICE, Warrant No. *5.494,* for *160* acres, in favor of *Charles Baxter, Seaman, United States Ship Hecla, United States Navy, War with Mexico,*

with evidence that the same has been duly located upon *the East half of the North West quarter, and the North half of the North East quarter of Section twenty eight, in Township thirty three, north, of Range twenty six, West, in the District of lands subject to sale at Stillwater, Minnesota, containing one hundred and sixty acres,*

according to the Official Plat of the Survey of said Lands returned to the GENERAL LAND OFFICE by the SURVEYOR GENERAL, *the said warrant having been assigned by the said Charles Baxter to Joseph P. Wilson, in whose favor said tract has been located.*

NOW KNOW YE, That there is therefore granted by the UNITED STATES unto the said *Joseph P. Wilson, as assignee as aforesaid, and to his heirs,*

the tract of Land above described: TO HAVE AND TO HOLD the said tract of Land with the appurtenances thereof, unto the said *Joseph P. Wilson, as assignee as aforesaid, and to his* heirs and assigns forever.

In testimony whereof, I, *James Buchanan,* PRESIDENT OF THE UNITED STATES OF AMERICA, have caused these Letters to be made Patent, and the SEAL OF THE GENERAL LAND OFFICE to be hereunto affixed.

GIVEN under my hand, at the CITY OF WASHINGTON, the *seventh* day of *September,* in the year of our Lord one thousand eight hundred and *fifty eight,* and of the INDEPENDENCE OF THE UNITED STATES the *eighty third.*

BY THE PRESIDENT: *James Buchanan,*

By *T. I. Albright,*

*I. N. Granger,* Recorder of the General Land Office.

6:21    5G UC

**Non-Certified Statement** - This a non-certified data search. Some records found in this data may have expired. A certified search may only be obtained by submitting a UCC-11 to the filing office.

Return to Search

| File Number | Filing Date/Time | Name/Address | Secured Party |
|---|---|---|---|
| 030146212 | 11/17/2023 09:35 | SCOTT, JEROME 4126 FILLMORE STREET GARY IN 46408-0000 | SCOTT, JEROME 4126 FILLMORE STREET GARY IN 46408-0000 |

**Non-Certified Statement** - This a non-certified data search. Some records found in this data may have expired. A certified search may only be obtained by submitting a UCC-11 to the filing office.

If you would like a certified search with images you must complete a UCC-11 information request.

TRANSMISSION VERIFICATION REPORT

```
                                    TIME : 11/17/2023 11:21
                                    NAME : MAIN CIRC
                                    FAX  : 2198869607
                                    TEL  : 2198862484
                                    SER.# : 000L3V566002
```

```
DATE,TIME           11/17  11:18
FAX NO./NAME        13125770817
DURATION            00:02:45
PAGE(S)             09
RESULT              OK
MODE                STANDARD
                    ECM
```



# GARY PUBLIC LIBRARY
## FAX SERVICE COVER SHEET

**Gary Public Library fax service available at all library units**
(Check at desk for current fees)

**GARY PUBLIC LIBRARY AND CULTURAL CENTER**
220 W. 5th Avenue
(219) 886-2484
FAX: 886-9607

**KENNEDY BRANCH**
3953 Broadway
(219) 887-8112
FAX: 887-5967

**WOODSON BRANCH**
501 S. Lake St.
(219) 938-3941
FAX: 938-8759

**TO:** BENTLEY GOLD COAST CHICAGO

**COMPANY:** DEALERSHIP

**FAX NUMBER:** 312-577-0817    **DATE:** 11/17/23

**FROM:** JEROME JERRY SCOTT

**COMPANY:** _____

**FAX NUMBER:** _____

Total number of pages sent **INCLUDING** this cover sheet: 9

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

**Additional Notes:** _____

Prescribed by State Board of Accounts

**RECEIPT**

## GARY PUBLIC LIBRARY

GARY PUBLIC LIBRARY _____ FUND

№ 128894

GARY, IN 11-17- 20 23

RECEIVED FROM Jerome Gary Scott        $ 17.00

THE SUM OF Seventeen        00/100        DOLLARS

ON ACCOUNT OF Faxing (8) sheets (312) 5770817

PAYMENT TYPE & AMOUNT

CASH ✓        CHECK _____ M.O. _____

E.F.T. _____ C.C./B.C. _____ OTHER _____

_Bericca Rhym_
AUTHORIZED SIGNATURE

Gary Printing, Inc.



# GARY PUBLIC LIBRARY
## FAX SERVICE COVER SHEET

Gary Public Library
fax service available
at all library units
(Check at desk for current fees)

**GARY PUBLIC
LIBRARY AND
CULTURAL
CENTER**
220 W. 5th Avenue
(219) 886-2484
*FAX: 886-9607*

**KENNEDY BRANCH**
3953 Broadway
(219) 887-8112
*FAX: 887-5967*

**WOODSON BRANCH**
501 S. Lake St.
(219) 938-3941
*FAX: 938-8759*

**TO:** BENTLEY GOLD COAST CHICAGO

**COMPANY:** DEALER SHIP

**FAX NUMBER:** 312-577-0817    **DATE:** 11/17/23

**FROM:** JEROME JERRY SCOTT

**COMPANY:** _____

**FAX NUMBER:** _____

Total number of pages sent **INCLUDING** this cover sheet: 9

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Additional Notes: _____

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT SUBMITTER (optional) | |
|---|---|
| JEROME JERRY SCOTT | 2194333010 |

| B. E-MAIL CONTACT AT SUBMITTER (optional) |
|---|
| scottboyg353@gmail.com |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Bentley Gold Coast
834 N RUSH STREET
Chicago, IL  60611

RECEIVED

IL SECRETARY OF STATE

UNIFORM COMMERCIAL CODE

11/17/2023    9:35 AM

$20.00    Electronic

**30146212**                    **FS**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| SCOTT | JEROME | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4126 FILLMORE STREET | GARY | IN | 46408 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| SCOTT | JEROME | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4126 FILLMORE STREET | GARY | IN | 46408 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
This is actual and constructive notice all debtor's Interest now are owned or hereafter acquired is hereby accepted as collateral for purchase money security interest in securing contractual obligations in favor to secure party as detailed in a true, correct, complete, notarized purchase money security interest agreement
All of DEBTORS assets, is land, and personal property, and all other debtors say interest the assets, land and personal property now own hereafter acquired, now existing hereafter arising, and wherever located described fully in purchase money security interest security agreement attached herein and hold harmless and indemnity agreement and Buyer order security private and common law copyright notice dated the inquiring parties may consult directly with debtor for ascertaining, in detail, the financial relationship and contractual obligations associated with commercial transaction, identify in the purchase money security interest reference herein. Adjustment of filing is in Accord with, UCC 1-103, public law chapter 48,48 stat. 112 HJR 192 June 5,1933, secured party accepts debtor signature in Accord with UCC 1-201(39) and 3-401.DEBTOR is entered into commercial registry a transmitting utility for the sole purpose of transmitting see commercial activity as a conduit for the benefit of the secure party the DEBTOR is a LEGAL ENTITY and not a public utility.all property are accepted for value and is exempt from levy. UCC 10-104 all proceeds, product,

| 5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: | |
| ☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☑ A Debtor is a Transmitting Utility | ☑ Agricultural Lien    ☐ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable):    ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☑ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor | | |
| 8. OPTIONAL FILER REFERENCE DATA: | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

# UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS

| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ | **30146212** | **FS** |
|---|---|---|

| | 9a. ORGANIZATION'S NAME | |
|---|---|---|
| | | |
| **OR** | 9b. INDIVIDUAL'S SURNAME | |
| | SCOTT | |
| | FIRST PERSONAL NAME | |
| | JEROME | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only _one_ additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| **OR** | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only _one_ name (11a or 11b) | | | | |
|---|---|---|---|---|
| | 11a. ORGANIZATION'S NAME | | | |
| **OR** | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
accounts, fixtures and orders therefrom are release to Debtor Immediately during filing.

COLLATERAL LISTED DESCRIPTION CONTINUED ON ATTACHED HEREIN WITHIN FOR PURCHASE MONEY
SECURITY INTEREST
SCOTT JEROME J, ORGANIZATION/TRADE NAME/TRADE MARK/TRUST- DEBTOR
    PURCHASE MONEY SECURITY INTEREST

| 13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut ☑ covers as-extracted collateral ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in Item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

Collateral (continued from Item12):

TO:   BENTLEY GOLD COAST CHICAGO
834 NORTH RUSH STREET
CHICAGO,IL 60611
312 * 280 * 4848 Main
312 * 577 * 0817 Fax
(Seller/dealer)


GRANTED BY: JEROME JERRY SCOTT
4126 FILLMORE STREET
GARY,IN 46408
(219) 433-3010
scottboyg353@gmail.com
(Undersigned/secured party)


1. PARTIES TO CONTRACT - PROPERTY. Secured party and Seller acknowledge that is
is not  the limited agent of both parties to this transaction as outlined in Section III of the Agency
Agreement Addendum as authorized by Purchaser and Seller., hereinafter referred to as
Purchaser, offers and agrees to purchase from inventory collateral of dealership,
hereinafter referred to as Seller, upon the terms and conditions set forth, the property legally described as:

2024 ROLLS-ROYCE PHANTOM
STOCK:    R1101
BODY:     SEDAN
MILEAGE:   30
ENGINE:    6.8L TWIN TURBO V12 563HP 664FT. LBS.
TRANS:    8-SPEED SHIFTABLE AUTOMATIC
EXT:         ARCTIC WHITE
INT:        BLACK
VIN:        SCATT6C08RU221295
PRICE AMOUNT: $617,850.00

2. EARNEST MONEY DEPOSIT. Sellers and unilateral secure party authorizes to release of there   proposal that the Earnest
Money and any other funds currently held by a secured  purchase money security interest collectively be disbursed following in the
amount of ($617,850.00)
unless otherwise noted herein, shall be deposited into the trust account of the listing motor vehicle security interest selling
designated custodian or
broker on the next legal banking day after acceptance of this offer.
Other earnest money provisions:
3. PURCHASE PRICE. The total purchase price is to be ($617,850.00) DOLLARS
After earnest money herein is credited, the remaining balance is to be paid by debit UCC 1 filing financial statement covering
inventory collateral direct trust fund securing payment at closing.

This Disbursement of earnest money shall come effective upon this form being signed and delivered to seller and secure party with
a fully executed copy of the same upon happening of such event seller and secure party further agree to release each other and all
brokerage firms, broker and their affiliate licensees (all of whom shall be express third party beneficiaries to this purchase money
security interest) working with or representing parties to the agreement from any all claims, of cause of action, from damages and
suits are raising out of or related to the agreement. This shall not relieve any party who has defaulted under agreement or any
brokerage engagement agreement to which there are a party from any claim, cause of action or suit for damages brought broker(s)
involved in transaction. All terms referenced herein shall  have the same meaning as in purchase money security interest
agreement.


4.  FINANCING.
 This offer is contingent upon Purchaser obtaining purchase money security interest
Conventional, or credit type of security note
A notice of secured party of record filing of lien status from IL ,department of vehicle
 is attached or will be delivered by  closing date.
Within  legal banking days after acceptance of this Agreement, Purchaser will make application
for and diligently and in good faith endeavor to secure a new a letter credit, or rights pay all application fees, and to

sign
all financing documents without delay. Secured party reserves the right to obtain alternative remedies to financing as
long as there are no increased costs to Seller.
 Contract for title See attached
A letter of verification from department of vehicle services status effective secure a letter a credit extended
regarding the availability of funds is attached herein note instrument of purchase money security interest will be delivered by
purchase sale closing (date) or
this agreement, at the option seller without notice to Purchaser may be voided.
INITIALS: PURCHASER J.S. /SELLER_____
PURCHASE AGREEMENT

 A SECURITY INTEREST held by a SECURED PARTY HAVING CONTROL of the LETTER-OF-CREDIT right under Section 9-107
has priority to the extent of its control over a conflicting security interest held by a secured party that does not have control.

Security interests perfected by control under Section 9-314 rank according to priority in time of obtaining control.


5. APPRAISAL. This offer is secure by UCC 1 filling of purchase money security interest to cover inventory collateral stock Superior
priority interest over any the other seller/lenders or lienholders of record is no subject to the property appraising for at least the
purchase price. If the appraisal reveals repairs, which must be made, Purchaser and Seller will negotiate
which party will complete those repairs for any re-inspection fees. If the appraisal is less than the agreed
purchase price, Purchaser and Seller may renegotiate the purchase price.
Appraisal will not be ordered prior to removal of motor vehicle inspection contingency.
6. SALE OF PURCHASER'S PROPERTY
This offer is contingent upon the sale and close of Purchaser's property located at:
 (BENTLEY GOLD COAST CHICAGO)
     834 NORTH RUSH STREET
      CHICAGO,IL 60611
        (Seller/dealer)

within the time specified for closing the Seller's property. Seller
shall have the right to continue to offer the property for sale and accept any offers subject to the
rights of Purchaser. If Seller accepts another offer, Seller will give Purchaser written notice of that
fact. Within  closing days of receipt of the notice, Purchaser will provide a written waiver of the
contingency on the sale and close of Purchaser's property or this agreement will terminate without
further notice and deposits will be returned according to paragraph 15 of this agreement. Upon
waiver of this contingency, Purchaser warrants and will provide proof that the funds needed for
closing will be available and Purchaser's ability to obtain financing is not contingent upon the sale
and/or close of any property.
7. SELLER'S PROPERTY DISCLOSURE. Purchaser acknowledges receipt of Seller's property condition
disclosure statement dated _____ as required by SDCL 43-4-38 through 43-4-57 prior to
signing this agreement. (initials) J.S./ sellers _____
Purchaser acknowledges that no disclosure statement is required by reason of the following:

8.secured interest party acknowledges receipt of the payment
9. INSPECTION OF PHYSICAL CONDITION OF PROPERTY. Purchaser acknowledges that it has
been recommended that Purchaser engage, at Purchaser's expense, the services of a professional inspector
acting within the scope of the inspector to inspect the property
(initials) Purchasers J.S. / Sellers _____
Purchaser and Seller understand the purpose of a property inspection is to inform and educate Purchaser
of conditions and future maintenance of property and is not designed to be a point of renegotiation of the
purchase price.
This offer is not contingent upon Purchaser, at Purchaser's expense, obtaining a property
inspection(s) and report(s) which may include, but not be limited to the physical, structural, mechanical,
pest, geological and environmental contamination conditions relating to the property. These inspection
options will be completed and written notice of the results given to Seller or Seller's agent within time of dealership sale purchase to
release the inventory collateral stock from there storage
business days of acceptance of this agreement. If the inspection(s) has not been completed within the time of closing
specified time, Purchaser's option to have the inspection(s) shall expire and all other terms of this Purchase

Agreement will continue unaffected.
INITIALS: PURCHASER J.S. / SELLER _____

10. TAXES/PRORATIONS. Purchaser is aware that intellectual property taxes may or may not be based upon "Owner Occupied Status". Any and all Special Assessments are to be paid by Seller unless otherwise specified in this agreement.
Taxes, maintenance, and association fees, if any are Tax proration will be based upon the: upon amount of N/A

11.TITLE. Merchantable title shall be conveyed by Warranty Deed or other sufficient conveyance instrument, acceptable to secure party of record, subject to conditions, zoning, restrictions, and easements of record, if any, which do not interfere with or restrict the existing use of the property. An owner's policy of Title Insurance in the amount of the purchase price will be furnished with cost to be distributed: Purchaser and Seller
INITIALS: PURCHASER J.S / SELLER_____

As general and continuing security for the payment of all obligations, indebtedness and liabilities, direct or indirect, of the Undersigned to the Secured Party wheresoever and howsoever incurred and whether incurred before, at the time of or after the execution hereof, including extensions or renewals thereof, including without restricting the generality of the foregoing. obligations of the Undersigned to the Secured Party for the purchase price of inventory supplied by the Secured Party to the Undersigned on credit (the obligations, indebtedness and liabilities of the Undersigned referred to above are hereinafter collectively called "Obligations"), and, IN CONSIDERATION OF THE OBLIGATIONS, the Undersigned hereby grants, bargains, assigns and transfers to the Secured Party, a fixed and specific mortgage and charge, as and by way of a continuing security interest (hereinafter together with any other security interest hereby created called the "Security Interest") in the following property described in sub-paragraphs (a) and (b) of this paragraph now or hereafter owned or acquired by or on behalf of the Undersigned:
All goods supplied by the Secured Party to the Undersigned on credit hereunder which now or hereafter form all or part of the inventory of the Undersigned, of whatever kind and wherever located, including, without limitation, the goods described in herein attached hereto and all goods held for sale or lease or that have been leased or that are to be furnished or have been furnished under a contract of service, or that are raw materials, work in process or materials used or consumed in a business or profession (hereinafter called "Inventory");

All identifiable or traceable personal property in any form derived directly or indirectly from any dealing with Inventory or the proceeds therefrom, including any payment representing indemnity or compensation for loss of or damage to the Inventory or proceeds therefrom;

In this Agreement the words "goods", "inventory", "proceeds" and "security interest" shall have the same meaning as their defined meanings in the Personal Property Security Act, R.S.O. 1990, c. P.10 as amended (the "PPSA") or any legislation in substitution or replacement therefor. In this Agreement, any reference to the word "Collateral" shall, unless the context otherwise requires, refer to "Collateral or any part thereof".
All of the above mentioned property is hereinafter called the "Collateral".

The Undersigned hereby represents, warrants or covenants to or with the Secured Party, as the case may be, that:
The Undersigned will reimburse the Secured Party for all costs and expenses

71-3-1605. Perfection of lien -- verified notice -- effect of instruments -- effective date. (1) An interest owner who does not receive proceeds or payment for severed when the proceeds are due may perfect the security interest and lien claimed under 71-3-1603 by filing a notice, as provided in subsection (2), in the office of the county clerk and recorder in which the inventory is located.

A sworn affidavit must be in substantially the following form:

NOTICE OF MOTOR VEHICLE PURCHASE MONEY SECURITY INTEREST  (OWNER'S LIEN)

Notice is hereby given that: [JEROME JERRY SCOTT owner for whom notice is filed], whose address is [4126 FILLMORE STREET GARY, IN 46408 interest owner] claims [STOCK # R1101]          interest in MOTOR VEHICLE severed or amount of proceeds of the sale from the [INVENTORY COLLATERAL ], STORED by of the DEALERSHIP], The INVENTORY (COLLATERAL) is located at the following [BENTLEY GOLD COAST CHICAGO 834 NORTH RUSH STREET] in [cook county], CHICAGO, IL

60611

Motor vehicle severed from the INVENTORY (COLLATERAL) has been and is now or may be taken and the above-named interest owner has a security interest and lien upon the motor vehicle property immediately effective herein purchase money security interest  description of following:

2024 ROLLS-ROYCE PHANTOM
STOCK:    R1101
BODY:     SEDAN
MILEAGE:    30
ENGINE:    6.8L TWIN TURBO V12 563HP 664FT. LBS.
TRANS:     8-SPEED SHIFTABLE AUTOMATIC
EXT:         ` ARCTIC WHITE
INT:           BLACK
VIN:          SCATT6C08RU221295
PRICE AMOUNT:$ 617,850.00

and the motor vehicle proceeds to secure payment under the provisions of the LIENS (770 ILCS 50/)
(770 ILCS 50/)Labor and Storage Lien (Amount) Act Owners' Lien Act.

The signatories of this notice recognize that, if a sworn affidavit is not filed within 21 days of the time in which the payment to [the interest owner] is due, the security interest is not perfected and [the interest owner] does not receive a priority over any perfected security interest in the motor vehicle described in this notice or the proceeds of the motor vehicle described in this notice.

Dated:...............................

An instrument filed with the county clerk and recorder that accompanies the notice filed in subsection (1) is effective as a financing statement recognized under Title 30, chapter 9A, with or without the signature of the debtor. An instrument described in this subsection may be terminated in the same manner as a financing statement under the provisions of Title 30, chapter 9A.

(a) Upon filing of the notice as provided in this section, the effective date of the interest owner's security interest and lien is the date on which  severance amount occurred.

(b) Except as provided in 71-3-1606(2) and subsection (4)(c) of this section, a security interest and lien filed under this section have priority over the rights of any person whose rights or claims arise or attach to the severed amount for which the purchase price has not been paid or to the proceeds of motor vehicle if the motor vehicle has been sold, including the severed amount proceeds that arise or attach between the time the security interest and lien attach and the time of filing.

(c) The security interest and the lien filed under this section do not have a priority over the security interest or lien previously created and perfected under Title 71, chapter 3, part 10, or an operating agreement or other voluntary agreement for the development and operation of the INVENTORY (COLLATERAL).

CREDIT SALES ARE PAYMENTS SHORT-TERM CREDIT ARRANGEMENTS
The CREDIT SALE is REPORTED on the DEALERSHIPS BALANCE SHEET as an INCREASE in ACCOUNTS RECEIVABLE, with a RELEASE in the STOCK  INVENTORY (COLLATERAL) OFFSETTING SET OF THE JOURNAL ENTRY
DEBIT ACCOUNTS RECEIVABLE, CREDIT SERVICE REVENUE
when a DEALERSHIP has delivered a PRODUCT or SERVICE to a INTERESTED SECURE PARTY (and thus has "earned" the REVENUE per ACCRUAL ACCOUNTING standards) *
this Seller's Report of Sale form and mail to:
Secretary of State.
Vehicle Services Department.
Record Inquiry Section 501 S. Second St., Rm. 408.
Springfield, IL 62756

The security interest is accept to inventory (collateral) stock number amount value for the auction in several situations where the dealer does not pay fully for the autos and the auction wants to repossess the purchased autos.

Clearly if a dealer fails to pay for the autos and there are no other parties with liens on
the dealer's inventory, an auction's perfected security interest allows for a relatively
straightforward repossession of the collateral.

Floor Plan and Other Lenders
security interests in some, or all, of a dealer's inventory, along with interests in other equipment,
fixtures, accounts, chattel papers, documents, instruments, insurance proceeds, sales proceeds
and other assets. This purchase money security interest has a higher priority lien position or
perfected security interest than the auction, an auction may not be able to repossess an auto and
it's COT. DEALERSHIP fails to pay for a certain purchase and the

auction attempts to repossess the auto, or this may arise when a dealer files for bankruptcy and
all of the dealer's assets are held in trust with claimants lining up to get paid. Accordingly, the
auction, as a seller of goods on credit to the buyer dealer for its inventory,2 must ensure it
perfects a Purchase Money Security Interest ("PMSI") in the specific vehicles sold in order to
trump the general security interest that the floor plan lender may have in the dealer's inventory.
UCC * 9-103. If, in a search of UCC filings in the jurisdiction of concern, the auction identifies
other filed financing statements that assert an interest in after-acquired inventory, the auction will
need to send written notice to that secured party of the auction's PMSI. Otherwise, once the
purchased auto is delivered to the dealer and becomes part of its "inventory," the other secured
party (such as a floor plan lender) may enjoy a superior priority interest.

The UCC is a govern commercial transactions and business
dealings. uniform" codes, the concept is that most or all states adopt the uniform
code in whole, interstate commerce activities involving contracts for
transfer or sale of real property and the supply of goods, financing mechanisms, leases, security
instruments and other matters.

12. CLOSING/POSSESSION. Closing date will be on or before the sales purchase with possession to
be given Purchaser at time of closing. Seller agrees to maintain the property in a condition comparable to
its present condition and agrees that Purchaser will have the opportunity for a personal inspection prior
to closing. Seller agrees to maintain all existing insurance coverage on property until time of closing.
Closing service fees, if any, cost to be distributed as follows: Purchaser N/A  Seller_____.
All personal property, including refuse, not included in the purchase price, shall be removed by Seller prior
to closing.
13. EARNEST MONEY/DEPOSITS. The broker, as specified in Section 2, shall deposit and hold all earnest
money and other deposits until sale is closed. If an accepted offer and agreement to purchase does not
close, regardless of the circumstances, both secure party and Seller must agree in writing prior to release of
earnest money or in the alternative, pursuant to court order in accordance with SDCL 36-21A-81.
14. AGREEMENT TO MEDIATE. Any dispute or claim arising out of or relating to this contract will be
submitted to mediation, if available, in accordance with the rules and procedures of the Sellers/secure party
Dispute Resolution System. Otherwise, mediation will be submitted to a private mediation service. Any
costs of mediation will be shared equally between Purchaser and Seller.
 Yes___No /x __ secure party J.S. (initials)
15. PERSONAL PROPERTY. Any personal property, free of liens and without warranty of condition, shall
be transferred to secure party by a separate bill of sale. Secured party will not compensate seller for
remaining on date of closing.

16. OTHER PROVISIONS: N/A_____
_____
_____
_____

17. ADDENDA TO THIS AGREEMENT. The following documents are addenda to this contract and are customer protection laws
herein
attached and become part of this contract by reference. If none, so state, herein are attached buy order form, separate security
agreement, and security regulation of laws related, UCC 9-324 priority of purchase money security interest,UCC 9-322 priorities
among conflicting security interest and and agricultural liens on same collateral, UCC 9-323 future advances



Jerome Scott        **Renae A Long**        Dated 11/17/23
                    NOTARY PUBLIC                Renae D. Long
                    Lake County, State of Indiana
                    Commission Number: 700731
                    My Commission Expires May 22, 2025

are attached to support agreement to fullest effective date.

18. This agreement is void if not accepted by Seller by the closing day of purchase sale.

19. The uniform commercial code laws of Chicago, Illinois govern this transaction.
INITIALS: PURCHASER   J.S / SELLER_____

20. TIME IS OF THE ESSENCE OF THIS CONTRACT.
Dated this _____day of_____, _____at_____ a.m./p.m.

_____    _____
Purchaser
On this _____day of_____, _____ the foregoing offer is:
 (Initial) ACCEPTED J.S./
NOT ACCEPTED_____/_____
COUNTERED_____/_____

_____    _____
Seller Seller
*************************************************************************
THE FOLLOWING IS FOR INFORMATION PURPOSES ONLY:

_____    _____
Selling Company Selling Licensee

_____    _____

Signed by [JEROME JERRY SCOTT ]

**Secretary of State**
**Affidavit of Repossession**
(625 ILCS 5/3-114(f-5)(3))

**This space for use by Secretary of State**

**Secretary of State**
**Vehicle Services Department**
**501 S. Second St.**
**Springfield, IL 62756**
**217-782-6306**
**ilsos.gov**

☐ Commercial Vehicle
☑ Non-Commercial Vehicle

Repossessed from Owner (Borrower) Name: Bentley Gold Coast

Address 834 N RUSH STREET

City/State Chicago, IL    ZIP Code 60611

Creditor (Lienholder) Name: Jerome Jerry Scott

Address 4126 Fillmore street

City/State GARY, Indiana    ZIP Code 46408

Purchaser(s) Name: Jerome Jerry SCOTT

Address 4126 Fillmore street

City/State GARY, Indiana    ZIP Code 46408

The owner's vehicle was lawfully repossessed by the lienholder for default under the terms of the owner's loan/security agreement with the lienholder. The lienholder lawfully terminated the owner's interest in the vehicle pursuant to the terms of the loan/security agreement.

The lienholder delivered or mailed to the owner at the owner's last known address and any other lienholder of record the Notice of Redemption required under the Illinois Vehicle Code (625 ILCS 5/3-114(f-5)(1)), and the sale of the vehicle occurred after the expiration of 21 days from the date of mailing or delivery of the Notice. If the owner's vehicle was a non-commercial vehicle, the lienholder also delivered or mailed to the owner at the owner's last known address the Affidavit of Defense required under the Illinois Vehicle Code (625 ILCS 5/3-114(f5)(2)), and no response was received from the owner within 21 days after mailing or delivery.

Owner's Vehicle (Collateral): Year 2024 Make ROLLS-ROYCE PHANTOM Model SEDAN

VIN SCATTGC08RU221295    Title # R1101

| | |
|---|---|
| Date of Repossession: _____ | ☐ Vehicle repossessed is not damaged in excess of 50%. |
| Date of Mailing or Delivery of Notice of Redemption: 11/17/23 | ☐ Vehicle repossessed is damaged in excess of 50% of its fair market value. |
| Date of Sale of Vehicle to Purchaser: 11/17/23 | |

☑ Check if Certificate of Title is lost and no third party is involved in the transaction.

Under penalties of perjury, the undersigned lienholder states that the above requirements have been complied with and the undersigned lienholder will assume all liability and costs for any litigation that may arise from the issuance of a Certificate of Title.

Notary:    Lienholder:

Subscribed and sworn to before me this _____    By _____
Signature of Lienholder's Authorized Representative

day of _____, _____    _____
Date

_____
Notary Public

My Commission Expires: _____    (Seal)

Printed by authority of the State of Illinois. September 2022 — 1 — VSD 609.4

## ILLINOIS SECRETARY OF STATE
### APPLICATION FOR SURRENDER OF MANUFACTURED HOME
### CERTIFICATE OF TITLE OR MANUFACTURER'S STATEMENT OF ORIGIN

**The undersigned owner(s) hereby applies for the surrender of:**

☐ Manufacturer's Statement of Origin pursuant to 625 ILCS 5/3-116.1

☑ Certificate of Title pursuant to 625 ILCS 5/3-116.2

**Owner(s) of Manufactured Home:**

JEROME     SCOTT     JERRY
First     Last     Middle

First     Last     Middle

4126 Fillmore Street
Residence/Business Street Address

GARY     IN     46408
City     ZIP

**Mailing Address (if different):**

Street Address

IL
City     ZIP

**Manufactured Home Information:**

2024 ROLLS-ROYCE PHANTOM
Name of Manufacturer of Home     Model

SCATT6C08RU221295
Model Year     Mobile Home Sq. Ft.     Vehicle Identification Number (VIN)

Date of Purchase: 11 / 17 /23     New: ☑    Used: ☐
Month   Day   Year

Seller's Information (Individual or Dealership): Name: BENTLEY GOLD COAST CHICAGO

Address: 834 NORTH RUSH    CHICAGO    IL    60611
Street     City     State     ZIP

Printed by authority of the State of Illinois. February 2022 — 1 — VSD 972

**Security Interest Holders or Lienholders on Home After Affixation:**

First Security Interest/Lienholder                    Second Security Interest/Lienholder

Name: JEROME, JERRY SCOTT                 Name: _____

Address: 4126 Fillmore ST                      Address: _____

GARY, IN 46328                                              _____

**[Check one that applies]**

[✓] The owner(s) knows of no facts or information that could reasonably affect the validity of the title to the manufactured home or the existence or non-existence of any security interest in or lien on the manufactured home, except as disclosed hereinabove.

[ ] The owner(s) knows of the following facts or information that could reasonably affect the validity of the title to the manufactured home or the existence or non-existence of any security interest in or lien on the manufactured home, excluding those security interests or liens previously disclosed above:

_____

_____

**Daytime Phone Number (optional):** 219-433-3810

**Signature of Owner(s):** Jerome Jerry Scott

_____

A written acknowledgment of this surrender of manufacturer's statement of origin or certificate of title will be mailed to the owner and lienholder(s) listed above. The owner also requests that a written acknowledgment be mailed to:

Bentley Gold Coast        834 North Rush St. Chicago, Illinois
Name                              Mailing Address

_____        _____
Name                              Mailing Address

**THIS APPLICATION FOR SURRENDER MUST BE MAILED OR DELIVERED TO:**

> SECRETARY OF STATE
> DEPARTMENT OF VEHICLE SERVICES
> 501 S. 2nd St., ROOM 698
> SPRINGFIELD, IL 62756

**THE APPLICATION MUST INCLUDE:**

> A CERTIFIED COPY OF THE AFFIDAVIT OF AFFIXATION FILED IN THE RECORDING
> OFFICE OF THE COUNTY IN WHICH THE HOME WILL BE AFFIXED
>           AND
> ORIGINAL MANUFACTURER'S STATEMENT OF ORIGIN
>     OR
> ORIGINAL CERTIFICATE OF TITLE WITH ALL LIENS RELEASED

ILLINOIS SECRETARY OF STATE — APPLICATION FOR VEHICLE TRANSACTION(S)

| 1. **Type of Transaction(s):** | 2. Current Plate Number | 3. Plate Type Requested | 4. Exp. Month | Year |
|---|---|---|---|---|

| Type of Transaction(s): | |
|---|---|
| ☐ Title and Plates | |
| ☐ Title and Transfer | Do not write in Validation Area. |
| ☑ Title Only | |
| ☐ Duplicate Title | |
| ☐ Corrected Title | |
| ☐ Salvage Certificate | 5. **OWNER INFORMATION** |
| ☐ Junking Certificate | First JEROME  Last SCOTT  Middle JERRY |
| ☐ Plates Only | First  Last  Middle |
| ☐ Sticker Only | |
| ☐ Transfer Only | Residence/Business Street Address 4126 Fillmore STREET |
| ☐ Corrected ID Card | |
| ☐ Duplicate ID Card | City GARY  ZIP IN 46408 |
| ☐ Single Plate Replacement | |
| ☐ Set of Plates Replacement | 6. Owner 1 DL/FEIN # 3632-87-8976 |
| ☐ Sticker Replacement | 0725399704  Owner 2 DL/FEIN # |
| ☐ Reclass of License Plates | |
| ☐ Resale of License Plates | 7. **VEHICLE INFORMATION** |
| ☐ Other: | Vehicle Identification Number (VIN) SCATTGC08RU221295 |

| 8. Purchase Date  New ☑  Used ☐ | Year 2024 | Make ROLLS-ROYCE | Model PHANTOM | Body Style SEDAN | Color ARCTIC WHITE |
|---|---|---|---|---|---|
| 11 / 17 / 23 Month Day Year | | | | | |

| 9. Current Odometer Reading (No limits) 30 Milage | ☐ Actual ☐ Not Actual ☐ In Excess of Mechanical Limits ☐ 10 years or older (mileage not required) | Rebuilt ☐ | Flood ☐ | Other Branded Title ☐ State ____ | Check if G.V.W.R. over 16,000 pounds (odometer reading not required) Yes ☐ | MCY C.C. ☐ | Gross Weight (HV, RT, TRK, BUS, TRLH) | Mobile Home Sq. Ft. ☐ | For Hire ☐ | Rental ☐ | # of Axles | Leased ☐ |

| 10. Surrender Title Number and State # R1101 | State: IL | 11. File Number 30146212 | 12. Unit Number 17002341376273733 |
|---|---|---|---|

| 13. **MAIL TITLE TO** (IF DIFFERENT THAN ABOVE) | 14. **VEHICLE INSURANCE INFORMATION** (TRAILERS EXEMPT) |
|---|---|
| Name | Insurance Company Name (Do not list agent) |
| Street Address | Policy Number |
| City  State  ZIP | Expiration Date |

| 15. **FIRST LIENHOLDER** | 16. **SECOND LIENHOLDER** |
|---|---|
| Name JEROME JERRY SCOTT | Name |
| Street Address 4126 Fillmore STREET | Street Address |
| City GARY  State IN  ZIP 46408 | City  State  ZIP |

| 17. **TRANSFER INFORMATION** | 18. **SELLER'S INFORMATION** (INDIVIDUAL OR DEALERSHIP) |
|---|---|
| Year 2024  Make/Model ROLLS-ROYCE PHANTOM SEDAN | Name BENTLEY GOLD COAST  Dealer # |
| VIN SCATTGC08RU221295 | Address 834 NORTH RUSH Chicago, IL 60611 |

| 19. **REASON(S) FOR CORRECTED OR DUPLICATE TITLE** | 20. **REASON FOR REPLACEMENT PLATES/STICKER** |
|---|---|
| State all reasons for corrections or duplication. | ☐ Lost ☐ Stolen ☐ Destroyed |
| | ☐ Requesting a Different Number ☐ Replacing |

21. **WHEN REPLACING PLATES, YOU MUST CHECK ONE:**
☐ I wish to be issued a random-number plate.
☐ I wish to retain my current plate number.

| 22. **BENEFICIARY INFORMATION** | 25. **AUDITOR'S USE ONLY** |
|---|---|
| Name | TRP NUMBER  Tax Form Number |
| Address | |
| ZIP  Country | |

23. Daytime Phone Number (optional)

24. Signature(s)
1.

2.

Your signature on the application authorizes the Secretary of State to lower the amount of your check if the fee submitted is greater than the fee required for mail-in transactions.

I/We hereby affirm that all information is true and correct and, when applicable, will abide by the Mandatory Insurance Law requiring liability insurance throughout the registration period. If applying for a title for a motor vehicle nine years old or newer, I/we also acknowledge awareness of the odometer certification made by the seller.

$ _____

Circle Quarter: 1st 2nd 3rd 4th

**Circle All Attachments:**
POA, Small Estate, Affidavit, Affirmation, Loan/Lease Agreement, Lien Release, Release of Interest, Death, Note Other(s):

OFFICE USE ONLY
Verified by CRT ☐  I.D. ☐  REMITTER/DRIVER SERVICES FACILITY STAMP:

TRP #: _____
Date: _____

**CUSTOMER RECEIPT**

Control #: 0725399704

Printed by authority of the State of Illinois. April 2000 — 1 — VSD 190.24



# Vehicle Services Department
## FACT SHEET
## Obtaining a Title for a Repossessed Vehicle

**Alexi Giannoulias**
**Secretary of State**

Effective Jan. 1, 1999, P.A. 90-665 and 92 Illinois Administrative Code 160 revised the procedures prescribed by the Illinois Vehicle Code (625 ILCS 5/3-114(f)) with respect to the repossession of vehicles by lienholders. Requirements are as follows:

## Voluntary Repossession of a Vehicle
1. Once the owner assigns the vehicle over to the lienholder, the lienholder may reassign the vehicle to the new purchaser on the back of the Certificate of Title. The lienholder has 20 days from the date of sale to provide the purchaser with the reassigned Certificate of Title.
2. The lienholder must release interest in the vehicle by executing the "Release of Lien" area on the face of the Certificate of Title.
3. A statement on the lienholder's letterhead stating that the transaction is a voluntary repossession must be submitted.

The purchaser must submit:
• Application for Vehicle Title and Registration (if applicable) and appropriate fee.
• Certificate of Title properly assigned to the purchaser on the back in the "First Reassignment of Title" area.
• Appropriate tax form and separate check payable to Illinois Department of Revenue (see Tax Requirements on back).

## Involuntary Repossession of a Vehicle
For ALL involuntary repossessions, the lienholder must mail or deliver to the owner a Notice of Redemption, which must include:
• Name of the Owner and a Statement in bold type at or near the top of the notice that the vehicle was repossessed on a specified date for failure to make payments on the loan (or other reason).
• Year, Make, Model and Vehicle Identification Number (VIN).
• Right of the Owner to redeem the vehicle, and Name, Address and Telephone Number of the Lienholder from whom information may be obtained concerning the amount due to redeem the vehicle, and from whom the vehicle may be redeemed.
• Lienholder's intent to sell or otherwise dispose of the vehicle after the expiration of 21 days from the date of mailing or delivery of this notice.

Do not send the Notice of Redemption or copies to the Secretary of State.

## Involuntary Repossession of a Commercial Vehicle
Prior to the sale of the vehicle, forward to the owner(s) of the vehicle a Notice of Redemption. The notice may accompany the Notification of Sale. The lienholder must transfer ownership of the vehicle to the purchaser on the back of the Certificate of Title. The purchaser must submit:
• Application for Vehicle Title and Registration (if applicable) and appropriate fee.
• Certificate of Title properly assigned to the purchaser on the back in the "First Reassignment of Title" area.
• Affidavit of Repossession completed by the lienholder on a form prescribed by the Secretary of State.
• Appropriate tax form and separate check payable to Illinois Department of Revenue (see Tax Requirements on back).

## Involuntary Repossession of a Non-Commercial Vehicle (lien perfected on the face of the title)
With respect to the repossession of a vehicle used primarily for personal, family or household purposes, submit to the owner(s) of the vehicle a Notice of Redemption by mail or delivery. The notice may accompany the Notification of Sale.

The lienholder must send to the debtor(s) an Affidavit of Defense, which must identify the lienholder, owner and the vehicle year, make, model and VIN; provide space for the owner to a defense; and include an acknowledgment by the owner as to liability to the lienholder for fees, charges and costs incurred by the lienholder to establish the insufficiency or invalidity of the owner's defense.

If the affidavit is received within 21 days after the date of mailing or delivery, the lienholder must apply to a court of competent jurisdiction to determine if the lienholder is entitled to possession of the vehicle. If the lienholder does not receive the affidavit within 21 days, the following documents may be submitted to the Secretary of State to obtain a Certificate of Title in the name of the purchaser:

- Application for Vehicle Title and Registration (if applicable) completed in the purchaser's name and the appropriate fee.
- Illinois Certificate of Title with a release of interest signed by the lienholder, and the Certificate of Title assigned by the lienholder to the purchaser.
- Affidavit of Repossession completed by the lienholder on a form prescribed by the Secretary of State.
- Appropriate tax form and separate check payable to Illinois Department of Revenue (see Tax Requirements below).

## Lost Certificate of Title
625 ILCS 5/3-114/5.4 states that in the event the lienholder does not hold the Certificate of Title for the repossessed vehicle, the lienholder may obtain a new Certificate of Title in the name of the lienholder. If the lienholder has received neither restitution nor an Affidavit of Defense within 21 days, the following documents may be submitted to the Secretary of State to obtain a Certificate of Title in the name of the lienholder. The following documents must be submitted:

- Application for Vehicle Title in the lienholder's name and the appropriate title fee.
- Affidavit of Repossession stating the title is lost.
- Copy of the loan contract.

## Repossession by Court Order
The following documents must be submitted by the purchaser(s) when a vehicle has been repossessed by court order:

- Application for Vehicle Title and Registration (if applicable) and the appropriate fee.
- Copy of the bill of sale to the purchaser indicating the new owner's name and address, year, make, model, VIN and signature of the lienholder's authorized representative.
- Certified copy of the court order, which must specifically indicate the vehicle information (year, make, model, VIN) and the lienholder's right to possession of the vehicle.
- Certificate of Title with a release of interest by the lienholder. The title must be assigned on the back to the new owner by the lienholder.
- Applicable tax form and check payable to Illinois Department of Revenue (see Tax Requirements below).

## Vehicles Damaged Greater Than 50%
If damage to a vehicle is determined on the date of repossession by the lienholder to be in excess of 50% of such fair market value, the lienholder must apply for a Salvage Certificate. **A Salvage Certificate may only be assigned to a licensed rebuilder, automotive parts recycler or scrap processor.**

**For more information, please call the Dealer Hotline at 217-782-6877.**

## Tax Requirements
- If the lienholder of a repossessed vehicle applies for a title in his or her name and then sells the vehicle to a new purchaser, a retail sale occurs and sales tax is due using either Form ST-556 from the lienholder (if registered with the Department of Revenue) or Form RUT-25 from the purchaser.
- If the lienholder does not apply for a title to the repossessed vehicle in his or her name and reassigns the Certificate of Title to a new purchaser, the Vehicle Use Tax is due using Form RUT-50 from the purchaser. The lienholder is acting as agent between the previous owner of the repossessed vehicle and the new owner.
- No tax form or tax payment is required if the lienholder sells the repossessed vehicle to a licensed dealer.
- A separate check for taxes must be made payable to Illinois Department of Revenue, accompanied by the appropriate tax form, and submitted with all title documents to the Secretary of State.

**For tax information, please contact the Department of Revenue's Taxpayer Assistance Division at 800-732-8866 or 217-782-3336.**

Printed by authority of the State of Illinois. January 2023 — 1 — VSD 608.6

2 of 2                                                                                            11/11/2023, 10:25 AM



**Save as PDF** ▾

Copies: 1    Paper size: **Letter**

⌄

 **Office of the Secretary of State**
**ilsos.gov**

**New Facility Hours and Appointments**
**APPOINTMENTS REQUIRED** for REAL ID, DL/ID card services and in-car driving    ✕
tests. Check your local DMV facility for extended hours and appointment
availability.

## UCC Electronic Filings

**Receipt**

**Please print this receipt for your records.**
The document created is provided as a PDF file. You must have a recent version of the Adobe
Acrobat Reader software properly installed and configured in order to view and print your
document. Download Acrobat Reader

If you are still experiencing problems retrieving your document please forward the email receipt
from your transaction to businessservices@ilsos.gov with a brief description of the problem.

**Payment Information**

| | |
|---|---|
| **Date** | 11-17-2023 |
| **File Number** | 30146212 |
| **Packet Number** | 17002341376273733 |
| **Authorization Number** | 27378063 |
| **Total Fee** | $21.00 |

◁    ⊕    ⌗

 Gmail

Scott Boy <scottboyg353@gmail.com>

---

# NOTICE OF REDEMPTION
1 message

Scott Boy <scottboyg353@gmail.com>                                           Tue, Nov 21, 2023 at 1:22 PM
To: rich@bentleygoldcoast.com

LIENHOLDER : JEROME SCOTT
4126 FILLMORE STREET GARY, INDIANA
46408 (219) 433-3010
SCOTTBOYG353@GMAIL.COM

TO: BENTLEY GOLD COAST CHICAGO 834 NORTH RUSH STREET CHICAGO ,ILLINOIS 60611 (312) 280-484 / MAIN
(312) 577-0817 FAX

RE: Notice of redemption of first lien senior secure notes due of 2023 ( the notes)

Ladies and gentlemen:

On behalf of the secure party lienholder this is to notify you that pursue to section 3.07 of the indenture of the lienholder,
dated as of November 17th 2023 (the "indenture") relating to the notes the lienholder has elected to redeem notes in an
aggregate amount $617,850.00. the date of redemption is 21 days after filing of lien related to prior above stated date and
the redemption price is 100% of the principle amount of notes to be redeemed plus accrued and unpaid interest, if any, to,
but excluding the redemption date.

Enclosed are required certificates pursuant to section 3.01 and 3.03 of the indenture and be a form of notice of
redemption to be sent to the holders (as define in the indenture) of the Notes.

YOU ARE HEREBY REQUESTED AND AUTHORIZED TO DELIVER TO THE HOLDER OF NOTES AND NOTICE OF
REDEMPTION SUSTAINED SUBSTANTIALLY IN THE FORM ATTACHED HERE TOO AND TAKE ANY OTHER
NECESSARY STEPS TO COMPLETE THE REDEMPTION IN THE MATTER PROVIDED IN THE INDENTURE.

PLEASE PROVIDE LIEN HOLDER WITH THE WIRE TRANSFER INFORMATION FOR THE ACCOUNT REQUIRED
FOR THE REDEMPTION FUNDS PURSUE TO SECTION 3.05 OF THE INDENTURE SO THAT LIENHOLDER MAY
FORWARD THE FUNDS TO THIS ACCOUNT PENDING COMPLETION OF THE REDEMPTION OR ALTERNATIVELY
RELEASING THE PROPERTY

VEHICLE DESCRIPTION;
2024 ROLLS-ROYCE PHANTOM
STOCK: R1101
BODY :SEDAN
MILEAGE: 30
ENGINE: 6.8L TWIN TURBO V12 563 HP 664 FT.LBS.
TRANS: 8-speed SHIFTABLE AUTOMATIC
EXT: ARCTIC WHITE
INT: BLACK
VIN: S C A T T 6 C 0 8 R U 2 2 1 2 9 5
AMOUNT PRICE $617,850.00 SECURED BY INDENTURE NOTE HEREIN TO ME THE SECURE PARTY OF RECORD
LIEN HOLDER
Involuntary repossession of a non-commercial vehicle named perfect on face of title with respect to repossession of
vehicle use primary for personal family or household purposes notice has been sent to owner of redemption by mail of
delivery a company with notice the sale.

VERY TRULY YOURS,

BY JEROME SCOTT



11/22/2023, 9:56



**Illinois Department of Revenue**
# ST-587   Equipment Exemption Certificate

## Step 1:   Identify the seller

The seller must keep this certificate.

Name _____

Phone (_____) _____

Address _____
Number and street

_____
City                                        State        ZIP

## Step 2:   Identify the purchaser (lessor)

Name _____

Address _____
Number and street

_____
City                      State              ZIP

Phone (_____) _____

Date of purchase ____/____/____
Month    Day      Year

Write the purchaser's Illinois account ID number, FEIN or SSN.
Illinois account ID number _____
FEIN _____ SSN _____

## Step 3:   Identify the lessee

Name _____

Phone (_____) _____

Address _____
Number and street

_____
City                                        State        ZIP

## Step 4:   Identify the equipment* you are purchasing (or leasing)

* Equipment includes machinery and repair/replacement parts

Type of equipment _____

Serial no. _____

## Step 5:   Identify how you will use this equipment. Check the appropriate box. See instructions.

I state that this equipment will be used

☐   primarily in the manufacturing or assembling of tangible personal property for wholesale or retail sale or lease.
☐   primarily in production agriculture.
☐   primarily for coal and aggregate exploration and related mining, off-highway hauling, processing, maintenance, and reclamation, but excluding motor vehicles required to be registered under the Illinois Vehicle Code.

## Step 6:   Blanket Certificate Check the appropriate box in each section.

I am the identified purchaser, and I certify that

☐   all of the purchases that I make from this seller are eligible for the **production agriculture** exemption.
☐   the following percentage, _____ %, of all of the purchases that I make from this seller are eligible for the **production agriculture** exemption.
☐   all of the purchases that I make from this seller are eligible for the **coal and aggregate mining** exemption.
☐   the following percentage, _____ %, of all of the purchases that I make from this seller are eligible for the **coal and aggregate mining** exemption.

## Step 7:   Sign below

Under penalties of perjury, I state that I have examined this certificate and, to the best of my knowledge, it is true, correct, and complete.

_____          ____/____/____
Purchaser's signature                                                Date

You may photocopy this form or you may obtain additional forms by visiting our website at **tax.illinois.gov**.

This form is authorized as outlined under the tax or fee Act imposing the tax or fee for which this form is filed. Disclosure of this information is required. Failure to provide information may result in this form not being processed and may result in a penalty.

ST-587 (R-09/14)

9:02                               5G▲ ▯

←                      ⬇    🗑    ✉    ⋮

  **archives1reference@nara....** Dec 1    ↩    ⋮
to me ⌄

R       9552-TJA

Jerome Scott
4126 Fillmore Street
Gary, IN 46408

via EMAIL: scottboyg353@gmail.com

Dear Mr. Scott:

This is in response to your inquiry concerning how you can obtain an allodial title.

The National Archives and Records Administration (NARA) is the repository of the permanent and historically valuable records of the United States Government. Among our holdings include the records of the U.S. Congress, U.S. Supreme Court and federal court system, and Executive Branch agencies. Our records are primarily arranged by the federal office or court that created and maintained the records, and thereafter by various filing schemes depending on the type of record in question. It is important to note that NARA does not have a comprehensive name and subject index that identifies all documents and files pertaining to a specific individual, organization, topic, or geographic location.

The National Archives in Washington, DC, houses historical land entry and serial patent files created by the General Land Office (GLO, now the Bureau of Land Management or BLM) in Record Group 49. These records document the initial transfer of public land from the U.S. Government to private individuals or institutions. Please see our Land Records page for more information on our holdings: https://www.archives.gov/research/land.

We searched the National Archives Catalog, but did not see a

 99+                  

**BENTLEY GOLD COAST CHICAGO**

📞 **CALL US**    📍 834 NORTH RUSH STREET
CHICAGO, IL 60611

# Contact Us

**We are located at:**
Bentley Gold Coast
834 North Rush St.
Chicago, Illinois
View Directions

**Phone:**
312 – 280 – 4848 Main
312 – 577 – 0817 Fax

**Service and Parts:**
1100 N. Clark St.
Chicago, IL 60610
Service And Parts

**Phone:**
773 – 883 – 1111 Main
773 – 883 – 2966 Fax
630 – 340 – 8799 After Hours Emergency

| | |
|---|---|
| Jerome | Scott |
| Scottboyg@Gmiall.Com | 219-433-3010 |

Can I Use A Secured Letter Of Credit For Full Payment Of Vehicle?

**SEND MESSAGE**

**SALES HOURS**
MONDAY - THURSDAY: 10:00 AM - 8:00 PM
FRIDAY- FRIDAY: 10:00 AM - 6:00 PM
SUNDAY: CLOSED

**SERVICE AND PARTS**
MONDAY - FRIDAY: 8:00 AM - 6:00 PM
SATURDAY - SUNDAY: CLOSED

**FINANCE HOURS**
MONDAY - THURSDAY: 10:00 AM - 8:00 PM
FRIDAY - SATURDAY: 10:00 AM - 6:00 PM
SUNDAY: CLOSED

© BENTLEY GOLD COAST CHICAGO·SITEMAP·PRIVACY POLICY    ) (312 280-4848    POWERED BY ALL AUTO NETWORK



📞
CALL
US

📍 834 NORTH RUSH STREET
CHICAGO, IL 60611

# Contact Us

**We are located at:**
Bentley Gold Coast
834 North Rush St.
Chicago, Illinois
View Directions

**Phone:**
312 – 280 – 4848 Main
312 – 577 – 0817 Fax

**Service and Parts:**
1100 N. Clark St.
Chicago, IL 60610
Service And Parts

**Phone:**
773 – 883 – 1111 Main
773 – 883 – 2966 Fax
630 – 340 – 8799 After Hours Emergency

## Thank you for your interest in Bentley Gold Coast Chicago Our representative will be in contact with you shortly.

**SALES HOURS**

MONDAY - THURSDAY: 10:00 AM – 8:00 PM

FRIDAY- FRIDAY: 10:00 AM - 6:00 PM

SUNDAY: CLOSED

**SERVICE AND PARTS**

MONDAY - FRIDAY: 8:00 AM - 6:00 PM

SATURDAY - SUNDAY: CLOSED

**FINANCE HOURS**

MONDAY - THURSDAY: 10:00 AM - 8:00 PM

FRIDAY - SATURDAY: 10:00 AM - 6:00 PM

SUNDAY: CLOSED

© BENTLEY GOLD COAST CHICAGO·SITEMAP·PRIVACY POLICY    ☏  (312) 280-4848    POWERED BY ALL AUTO NETWORK





3:43 📵 🗓 ▶ ▶ •  5G UC ◢ 🔋

← Joe Bentley Owner  📹  📞  ⋮

that I had as far as the
possession of the 2024
Rolls-Royce phantom I have
evidence of the agreement
that me and you had that
you were going to allow me
to purchase the property
through a secure line of
credit which I did and I
was denied so at this point
I'm going to take my legal
matters to the court if
needed to gain possession
because I have the legal
right to do so thank you for
your time enjoy your day

And I do have record for
proof of agreement filing of
myself being secure party
of record for property

3:35 PM • SMS

⊕ 🖼  Text message  😊 🎤

◁  ●  ■

11/21/2023, 1:5(





11/9/23, 6:36 PM § 9-324. PRIORITY OF PURCHASE-MONEY SECURITY INTERESTS. | Uniform Commercial Code | US Law | LII / Legal Informat…

USDC IN/ND case 2:23-cv-00455-JTM-APR document 1 filed 12/27/23 page 46 of 54

LII > Uniform Commercial Code
> § 9-324. PRIORITY OF PURCHASE-MONEY SECURITY INTERESTS.

# § 9-324. PRIORITY OF PURCHASE-MONEY SECURITY INTERESTS.

## (a) [General rule: purchase-money priority.]

Except as otherwise provided in subsection (g), a perfected purchase-money security interest in goods other than inventory or livestock has priority over a conflicting security interest in the same goods, and, except as otherwise provided in Section 9-327, a perfected security interest in its identifiable proceeds also has priority, if the purchase-money security interest is perfected when the debtor receives possession of the collateral or within 20 days thereafter.

## (b) [Inventory purchase-money priority.]

Subject to subsection (c) and except as otherwise provided in subsection (g), a perfected purchase-money security interest in inventory has priority over a conflicting security interest in the same inventory, has priority over a conflicting security interest in chattel paper or an instrument constituting proceeds of the inventory and in proceeds of the chattel paper, if so provided in Section 9-330, and, except as otherwise provided in Section 9-327, also has priority in identifiable cash proceeds of the inventory to the extent the identifiable cash proceeds are received on or before the delivery of the inventory to a buyer, if:

(1) the purchase-money security interest is perfected when the debtor receives possession of the inventory;

(2) the purchase-money secured party sends an authenticated notification to the holder of the conflicting security interest;

LII > Uniform Commercial Code  > **§ 9-323. FUTURE ADVANCES.**

# § 9-323. FUTURE ADVANCES.

## (a) [When priority based on time of advance.]

Except as otherwise provided in subsection (c), for purposes of determining the priority of a perfected security interest under Section 9-322(a)(1), perfection of the security interest dates from the time an advance is made to the extent that the security interest secures an advance that:

(1) is made while the security interest is perfected only:

(A) under Section 9-309 when it attaches; or

(B) temporarily under Section 9-312(e), (f), or (g); and

(2) is not made pursuant to a commitment entered into before or while the security interest is perfected by a method other than under Section 9-309 or 9-312(e), (f), or (g).

## (b) [Lien creditor.]

Except as otherwise provided in subsection (c), a security interest is subordinate to the rights of a person that becomes a lien creditor to the extent that the security interest secures an advance made more than 45 days after the person becomes a lien creditor unless the advance is made:

(1) without knowledge of the lien; or

(2) pursuant to a commitment entered into without knowledge of the lien.

## (c) [Buyer of receivables.]

Subsections (a) and (b) do not apply to a security interest held by a secured party that is a buyer of accounts, chattel paper, payment intangibles, or promissory notes or a consignor.

**(d) [Buyer of goods.]**

Except as otherwise provided in subsection (e), a buyer of goods other than a buyer in ordinary course of business takes free of a security interest to the extent that it secures advances made after the earlier of:

(1) the time the secured party acquires knowledge of the buyer's purchase; or

(2) 45 days after the purchase.

**(e) [Advances made pursuant to commitment: priority of buyer of goods.]**

Subsection (d) does not apply if the advance is made pursuant to a commitment entered into without knowledge of the buyer's purchase and before the expiration of the 45-day period.

**(f) [Lessee of goods.]**

Except as otherwise provided in subsection (g), a lessee of goods, other than a lessee in ordinary course of business, takes the leasehold interest free of a security interest to the extent that it secures advances made after the earlier of:

(1) the time the secured party acquires knowledge of the lease; or

(2) 45 days after the lease contract becomes enforceable.

**(g) [Advances made pursuant to commitment: priority of lessee of goods.]**

Subsection (f) does not apply if the advance is made pursuant to a commitment entered into without knowledge of the lease and before the expiration of the 45-day period.

‹ § 9-322. PRIORITIES AMONG CONFLICTING SECURITY INTERESTS IN AND AGRICULTURAL LIENS ON SAME COLLATERAL. up § 9-324. PRIORITY OF PURCHASE-MONEY SECURITY INTERESTS. ›

11/9/23, 7:32 PM    § 9-322. PRIORITIES AMONG CONFLICTING SECURITY INTERESTS IN AND AGRICULTURAL LIENS ON SAME COLLATERA...

USDC IN/ND case 2:23-cv-00455-JTM-APR    document 1    filed 12/27/23    page 49 of 54

LII > Uniform Commercial Code
 > § 9-322. PRIORITIES AMONG CONFLICTING SECURITY INTERESTS IN AND AGRICULTURAL LIENS ON SAME COLLATERAL.

## § 9-322. PRIORITIES AMONG CONFLICTING SECURITY INTERESTS IN AND AGRICULTURAL LIENS ON SAME COLLATERAL.

**(a) [General priority rules.]**

Except as otherwise provided in this section, priority among conflicting security interests and agricultural liens in the same collateral is determined according to the following rules:

(1) Conflicting perfected security interests and agricultural liens rank according to priority in time of filing or perfection. Priority dates from the earlier of the time a filing covering the collateral is first made or the security interest or agricultural lien is first perfected, if there is no period thereafter when there is neither filing nor perfection.

(2) A perfected security interest or agricultural lien has priority over a conflicting unperfected security interest or agricultural lien.

(3) The first security interest or agricultural lien to attach or become effective has priority if conflicting security interests and agricultural liens are unperfected.

**(b) [Time of perfection: proceeds and supporting obligations.]**

For the purposes of subsection (a)(1):

(1) the time of filing or perfection as to a security interest in collateral is also the time of filing or perfection as to a security interest in proceeds; and

(2) the time of filing or perfection as to a security interest in collateral supported by a supporting obligation is also the time of filing or perfection as to a security interest in the supporting obligation.

**(c) [Special priority rules: proceeds and supporting obligations.]**

Except as otherwise provided in subsection (f), a security interest in collateral which qualifies for priority over a conflicting security interest under Section 9-327, 9-328, 9-329, 9-330, or 9-331 also has priority over a conflicting security interest in:

(1) any supporting obligation for the collateral; and

(2) proceeds of the collateral if:

(A) the security interest in proceeds is perfected;

(B) the proceeds are cash proceeds or of the same type as the collateral; and

(C) in the case of proceeds that are proceeds of proceeds, all intervening proceeds are cash proceeds, proceeds of the same type as the collateral, or an account relating to the collateral.

**(d) [First-to-file priority rule for certain collateral.]**

Subject to subsection (e) and except as otherwise provided in subsection (f), if a security interest in chattel paper, deposit accounts, negotiable documents, instruments, investment property, or letter-of-credit rights is perfected by a method other than filing, conflicting perfected security interests in proceeds of the collateral rank according to priority in time of filing.

**(e) [Applicability of subsection (d).]**

Subsection (d) applies only if the proceeds of the collateral are not cash proceeds, chattel paper, negotiable documents, instruments, investment property, or letter-of-credit rights.

**(f) [Limitations on subsections (a) through (e).]**

Subsections (a) through (e) are subject to:

(1) subsection (g) and the other provisions of this part;

(2) Section 4-210 with respect to a security interest of a collecting bank;

(3) Section 5-118 with respect to a security interest of an issuer or nominated person; and

(3) the holder of the conflicting security interest receives the notification within five years before the debtor receives possession of the inventory; and

(4) the notification states that the person sending the notification has or expects to acquire a purchase-money security interest in inventory of the debtor and describes the inventory.

## (c) [Holders of conflicting inventory security interests to be notified.]

Subsections (b)(2) through (4) apply only if the holder of the conflicting security interest had filed a financing statement covering the same types of inventory:

(1) if the purchase-money security interest is perfected by filing, before the date of the filing; or

(2) if the purchase-money security interest is temporarily perfected without filing or possession under Section 9-312(f), before the beginning of the 20-day period thereunder.

## (d) [Livestock purchase-money priority.]

Subject to subsection (e) and except as otherwise provided in subsection (g), a perfected purchase-money security interest in livestock that are farm products has priority over a conflicting security interest in the same livestock, and, except as otherwise provided in Section 9-327, a perfected security interest in their identifiable proceeds and identifiable products in their unmanufactured states also has priority, if:

(1) the purchase-money security interest is perfected when the debtor receives possession of the livestock;

(2) the purchase-money secured party sends an authenticated notification to the holder of the conflicting security interest;

(3) the holder of the conflicting security interest receives the notification within six months before the debtor receives possession of the livestock; and

(4) the notification states that the person sending the notification has or expects to acquire a purchase-money security interest in livestock of the debtor and describes the livestock.

## (e) [Holders of conflicting livestock security interests to be notified.]

Subsections (d)(2) through (4) apply only if the holder of the conflicting security interest had filed a financing statement covering the same types of livestock:

USDC (N/ND) case 3:22-cv-00455-JTA-APB document 1 filed 12/27/22 page 52 of 54

(4) Section 9-710 with respect to a security interest arising under Article 2 or 2A.

**(g) [Priority under agricultural lien statute.]**

A perfected agricultural lien on collateral has priority over a conflicting security interest in or agricultural lien on the same collateral if the statute creating the agricultural lien so provides.

§ 9-321. LICENSEE OF GENERAL INTANGIBLE AND LESSEE OF GOODS IN ORDINARY COURSE OF BUSINESS. up § 9-323. FUTURE ADVANCES.

💼 Uniform Commercial Code Toolbox

- About Uniform Laws
- State Uniform Commercial Codes

(1) if the purchase-money security interest is perfected by filing, before the date of the filing; or

(2) if the purchase-money security interest is temporarily perfected without filing or possession under Section 9-312(f), before the beginning of the 20-day period thereunder.

**(f) [Software purchase-money priority.]**

Except as otherwise provided in subsection (g), a perfected purchase-money security interest in software has priority over a conflicting security interest in the same collateral, and, except as otherwise provided in Section 9-327, a perfected security interest in its identifiable proceeds also has priority, to the extent that the purchase-money security interest in the goods in which the software was acquired for use has priority in the goods and proceeds of the goods under this section.

**(g) [Conflicting purchase-money security interests.]**

If more than one security interest qualifies for priority in the same collateral under subsection (a), (b), (d), or (f):

(1) a security interest securing an obligation incurred as all or part of the price of the collateral has priority over a security interest securing an obligation incurred for value given to enable the debtor to acquire rights in or the use of collateral; and

(2) in all other cases, Section 9-322(a) applies to the qualifying security interests.

§ 9-323 FUTURE ADVANCES. up § 9-325 PRIORITY OF SECURITY INTERESTS IN TRANSFERRED COLLATERAL >

💼 Uniform Commercial Code Toolbox

- About Uniform Laws
- State Uniform Commercial Codes

Prescribed by State Board of Accounts

**RECEIPT**
### GARY PUBLIC LIBRARY

GARY PUBLIC LIBRARY

№ 128894

_____ FUND

GARY, IN 11 - 17 - 20 23

RECEIVED FROM Jerome Gerry Scott          $ 17.00

THE SUM OF Seventeen                      00/100          DOLLARS

ON ACCOUNT OF Faxing (8) sheets (312) 5770817 00

PAYMENT TYPE & AMOUNT
CASH ✓          CHECK _____ M.O. _____
E.F.T. _____ C.C./B.C. _____ OTHER _____

_Benita Rhym_
AUTHORIZED SIGNATURE

Gary Printing, Inc.