UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JEROME JERRY SCOTT, **Plaintiff,** v. BENTLEY GOLD COAST CHICAGO, **Defendant.** | No. 2:23 CV 455 |

### O R D E R

Plaintiff, without counsel, seeks leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915, the court "may authorize the commencement [of this case] without prepayment of fees [if] the person is unable to pay such fees." However, under 28 U.S.C. § 1915A, the court must screen the complaint and dismiss it if it is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

To proceed beyond the pleading stage, a complaint must contain sufficient factual matter to "state a claim that is plausible on its face." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007). "A claim has facial plausibility when the pleaded factual content allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). The court must give plaintiff's allegations liberal construction. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

In this case, plaintiff alleges that he is entitled to proceed in this case *in forma pauperis* because he has no assets or income other than food stamps. (DE # 2.) Plaintiff also alleges that he is the rightful owner of an item of defendant's inventory (specifically, a 2024 Rolls-Royce Phantom priced at $617,850.00) because plaintiff called defendant to inquire about the vehicle and then sent defendant a "notice of redemption and a notice of purchase money security interest with a UCC -1 filing attached with security agreement to secure pledged collateral in inventory for property being stored or held for personal-use in a commercial transaction." (DE # 1 at 4.)

Plaintiff's allegations fail to state any cognizable legal claim for relief against defendant. Accordingly, the motion for *in forma pauperis* status is **DENIED** (DE # 2) and this case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A. No leave to amend shall be granted as such action would be futile. *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 432 (7th Cir. 2009).

**SO ORDERED.**

DATED: January 2, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT