AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JEROME JERRY SCOTT
    Plaintiff

v.                                                                                           Civil Action No. 2:23-cv-455

BENTLEY GOLD COAST CHICAGO
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the plaintiff (*name*) _____
recover from the defendant (*name*) _____
the amount of _____ dollars ($____
), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** Other:   This case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Senior Judge James T. Moody

DATE:  1/3/2024                                                  CHANDA J. BERTA, CLERK OF COURT

                                                          by     /s/ S. Kowalsky
                                                              *Signature of Clerk or Deputy Clerk*